**Electronically Filed
Supreme Court
SCWC-16-0000260
19-MAR-2020
08:06 AM**

SCWC-16-0000260

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DONNA H. YAMAMOTO, an individual,
Petitioner/Plaintiff-Appellant,
vs.
DAVID W.H. CHEE; TOM CHEE WATTS DEGELE-MATHEWS & YOSHIDA, LLP,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP NO. 16-0000260; 1CC151001696)

ORDER OF CORRECTION
(By:  McKenna, J.)


IT IS HEREBY ORDERED that the Opinion of the Court,

filed March 2, 2020, is corrected as follows.

The first four sentences of page 5 of the opinion

shall be corrected to read:

> Allegedly unaware that her Partnership capital
> account had already been debited $19,134.31 to repay the
> Law Firm, Yamamoto handed Chee a personal check payable to
> the Law Firm for the same amount.  Yamamoto allegedly told
> Chee that the check was to repay the firm as they had
> previously agreed.  Additionally, the memo line of the
> personal check allegedly read "401K loan repay."
> Chee allegedly knew the Law Firm had already been
> repaid but allegedly concealed from Yamamoto that he had
> already debited Yamamoto's capital account in the amount of
> $19,134.31.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 19, 2020.

/s/ Sabrina S. McKenna
Associate Justice

